# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| WILLIAM G FENNIMORE and | ) | Case No. 18-22356-JNP |
| EMILY S FENNIMORE, | ) | |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | JERROLD N POSLUSNY |

## REQUEST OF FOR
## SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Padgett Law Group, as Co-Counsel for Bank of America, N.A. a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq.(as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Joshua I. Goldman, Esq
6267 Old Water Oak Road, Ste. 203
Tallahassee, FL 32312
(850) 422-2520 Office Ext. 7060
(215) 436-4400 Cell
(850) 422-2567 Fax
Josh.Goldman@padgettlawgroup.com
As Co-Counsel

Dated: December 23, 2021

By: /s/ Joshua I. Goldman
Joshua I. Goldman, Esq
6267 Old Water Oak Road, Ste. 203
Tallahassee, FL 32312
(850) 422-2520 Office