UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
ssmith@pincuslaw.com
Sherri J. Smith, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR ATTORNEYS FOR Bank of America, N.A.

In Re:

William G. Fennimore, Sr. aka William G. Fennimore and Emily S. Fennimore

DEBTORS

Case No.: _____18-22356_____

Chapter: _____13_____

Hearing Date: _____01/18/2022_____

Judge: _____JNP_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay doc. 34. Agreed Order to be submitted.

_____

Date: 01/14/2022

/s/ Sherri J. Smith
Sherri J. Smith, Esquire

*rev.8/1/15*