Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22356−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William G Fennimore Sr.                         Emily S Fennimore
aka William G Fennimore                         113 Orchard Dr
113 Orchard Dr                                  North Cape May, NJ 08204−3427
North Cape May, NJ 08204−3427

Social Security No.:
   xxx−xx−5461                                  xxx−xx−8715

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 3/17/23 at 10:00 AM

to consider and act upon the following:

*44* − Certification in Opposition to Trustee Certification to Dismiss Case (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/1/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Victoria A. Steffen on behalf of Emily S Fennimore, William G Fennimore Sr.. (Attachments: # 1 Certificate of Service) (Steffen, Victoria)

Dated: 2/2/23

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court