| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Victoria A. Steffen, Esq.<br>311 South Main Street<br>PO Box 627<br>Cape May Court House, NJ 08210<br>609-463-0611<br>609-463-1990 Fax<br>vsteffen@verizon.net | |
| In Re:<br><br>William G. Fennimore, Sr. and Emily S. Fennimore | Case No.: __18-22356__<br><br>Chapter: __13__<br><br>Judge: __JNP__ |

## NOTICE OF DEATH OR
## FINDING OF INCOMPETENCY OF A DEBTOR

I, __William G. Fennimore, Sr.__, am the

☐ Executor (select if appointed by a will)

☐ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

☒ Other (identify relationship to debtor) __Husband of Emily Fennimore__,

and hereby certify as follows:

1. Debtor, __Emily S. Fennimore__ (name of debtor),

   ☒ died on __4/30/2023__ (date).*

   ☐ was declared legally incompetent on _____ (date) by _____
   _____ (insert appropriate court).

2. The debtor's legal representative is _____
   _____
   _____ (if known, include title and contact information).

---

* PLEASE **DO NOT** INCLUDE CERTIFICATE OF DEATH

3. I do ☒ / do not ☐ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: 8/23/2023

Signature: *(signed)*
Print name: William G. Fennimore
Address: 113 Orchard Drive
North Cape May, NJ 08204

Filed by: Victoria Steffen, Atty for Debtors
Attorney/Other

*new.8/1/2023*