| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VICTORIA A. STEFFEN, ESQ.<br>311 South Main Street<br>PO Box 627<br>Cape May Court House, NJ 08210<br>Phone: (609) 463-0611<br>Fax: (609) 463-1990<br>vsteffen@verizon.net<br>　　　　　　　　　Attorney for Debtor(s) | <br>Order Filed on September 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-22356<br><br>Chapter 13<br><br>JUDGE:   JNP |
| In re:<br><br>WILLIAM G FENNIMORE SR and<br>EMILY S. FENNIMORE<br><br>Last four digits of Social Security or Individual Tax Payer Identification (ITIN) No(s)., (if any) xxx-xx-5461 and xxx-xx-8715<br><br>Employer's Tax Identification No. (EIN) Nos. (if any)_____ | Hearing Date: 10/10/2023 @ 11 AM |

**ORDER ON MOTION FOR EXEMPTION FOR JOINT DEBTOR FROM REQUIREMENTS TO COMPLETE PERSONAL FINANCIAL MANAGEMENT COURSE AND FILE CERTIFICATION IN SUPPORT OF DISCHARGE**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: September 19, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

PAGE 2
Debtor: William G. Fennimore, Sr & Emily S. Fennimore
Case No. 18-22356-JNP
Caption of Order: Order on Motion for Exemption

**THIS MATTER** having been opened to the Court by Victoria A. Steffen, attorney for Debtors by Motion seeking an Order for Exemption for the Joint Debtor Emily S. Fennimore, from the requirements relating to obtaining and filing a Financial Management Course Certificate and Certification in Support of Discharge and after consideration of same and for good and sufficient cause shown, **IT IS HEREBY ORDERED:**

1. That the Debtor, Emily S. Fennimore is exempted from completing an instructional course concerning financial management and obtaining and filing a Debtor Education Certificate and/or Official Form 423 (Certification about a Financial Management Course).

2. That the Debtor, Emily S. Fennimore is exempted from the requirement of signing and filing a separate Certification in Support of Discharge under D.N.J. LBR 4002-1.