UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VICTORIA A. STEFFEN, ESQ.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
Phone: (609) 463-0611
Fax: (609) 463-1990
vsteffen@verizon.net

Attorney for Debtor(s)

In re:

WILLIAM G FENNIMORE SR and
EMILY S. FENNIMORE

Last four digits of Social Security or Individual Tax Payer Identification (ITIN) No(s)., (if any) xxx-xx-5461 and xxx-xx-8715

Employer's Tax Identification No. (EIN) Nos. (if any)_____

**Order Filed on September 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-22356

Chapter 13

JUDGE: JNP

Hearing Date: 10/10/2023 @ 11 AM

## ORDER ON MOTION FOR EXEMPTION FOR JOINT DEBTOR FROM REQUIREMENTS TO COMPLETE PERSONAL FINANCIAL MANAGEMENT COURSE AND FILE CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: September 19, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

PAGE 2
Debtor: William G. Fennimore, Sr & Emily S. Fennimore
Case No. 18-22356-JNP
Caption of Order: Order on Motion for Exemption

**THIS MATTER** having been opened to the Court by Victoria A. Steffen, attorney for Debtors by Motion seeking an Order for Exemption for the Joint Debtor Emily S. Fennimore, from the requirements relating to obtaining and filing a Financial Management Course Certificate and Certification in Support of Discharge and after consideration of same and for good and sufficient cause shown, **IT IS HEREBY ORDERED:**

1. That the Debtor, Emily S. Fennimore is exempted from completing an instructional course concerning financial management and obtaining and filing a Debtor Education Certificate and/or Official Form 423 (Certification about a Financial Management Course).

2. That the Debtor, Emily S. Fennimore is exempted from the requirement of signing and filing a separate Certification in Support of Discharge under D.N.J. LBR 4002-1.

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 18-22356-JNP
William G Fennimore, Sr.                                                 Chapter 13
Emily S Fennimore
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                               Page 1 of 2
Date Rcvd: Sep 19, 2023       Form ID: pdf903                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | William G Fennimore, Sr., Emily S Fennimore, 113 Orchard Dr, North Cape May, NJ 08204-3427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor BANK OF AMERICA N.A. ssmith@pincuslaw.com, amautz@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victoria A. Steffen | on behalf of Debtor William G Fennimore Sr. vsteffen@verizon.net, g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com |
| Victoria A. Steffen | on behalf of Joint Debtor Emily S Fennimore vsteffen@verizon.net |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1

g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com

TOTAL: 7