| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VICTORIA A. STEFFEN, ESQ.<br>311 South Main Street<br>PO Box 627<br>Cape May Court House, NJ 08210<br>Phone: (609) 463-0611<br>Fax: (609) 463-1990<br>vsteffen@verizon.net<br>                Attorney for Debtor(s) | Case No. 18-22356<br><br>Chapter 13<br><br>JUDGE: JNP |
| In re:<br><br>WILLIAM G FENNIMORE SR and<br>EMILY S. FENNIMORE<br><br>Last four digits of Social Security or Individual Tax Payer Identification (ITIN) No(s)., (if any) xxx-xx-5461 and xxx-xx-8715<br><br>Employer's Tax Identification No. (EIN) Nos. (if any)_____ | Hearing Date: 10/24/2023 11:00 AM |

## NOTICE OF MOTION TO CANCEL AND DISCHARGE JUDGMENT LIENS OF COLLECTIONS & RECOVERIES INC a/k/a C & R OF NORTHFIELD

Victoria A. Steffen, Esq, attorney for the Debtors herein has filed papers with the court to cancel and discharge judgment liens of Collections and Recoveries Inc a/k/a C & R of Northfield.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant this motion or if you want the court to consider your views on the motion, then at least seven (7) days before the hearing herein, you or your attorney must:

    [File with the court a written request for a hearing {*or, if the court requires a written response,* an answer, explaining your position at:

        Clerk, United States Bankruptcy Court
            District of New Jersey
                401 Market Street

PO Box 2067
Camden, NJ 08101-2067

<u>If you mail your response to the court for filing, you must mail it early enough so that the Court will receive it on or before 7 days prior to the hearing date.</u>

You must also mail a copy or copies to:

Victoria A. Steffen, Esq.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210

Isabel C. Balboa
Chapter 13 Trustee
535 Route 38
Ste 580
Cherry Hill, NJ 08002

`

Attend the hearing scheduled to be held on October 24, 2023 at 11:00 AM in Judge Poslusny's Courtroom, United States Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 4th Floor, Camden, NJ 08101

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Debtor relies upon the Certification attached to this Motion.

The moving party believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues in fact or law.

**The undersigned hereby waives oral argument of this motion and relies upon its Motion unless contested.**

Date: September 26, 2023                             ___/s/ Victoria A.Steffen_____
                                                                                     VICTORIA A. STEFFEN, ESQ.
                                                                                               Attorney for the Debtors