UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victoria A. Steffen, Esq. (VS-0992)
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 Fax
vsteffen@verizon.net

Attorney for Debtor (s)

In Re:

WILLIAM G. FENNIMORE, SR.
EMILY S. FENNIMORE

Case No.: 18-22356
Chapter: 13
Adv. No.: 
Hearing Date: 10/24/2023 11 AM
Judge: JNP

## CERTIFICATION OF SERVICE

1. I, Victoria A. Steffen, Esq. :

   ☒ represent the Debtors in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On September 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Cancel Judgment Liens of Collections & Recoveries Inc/C & R of Northfield (returnable on Oct 24, 2023 @ 11 AM), Certification in Support of Motion and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/26/2023

/s/ Victoria A. Steffen
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Trustee's Office | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| C & R of Northfield<br>(Collections & Recoveries)<br>ATTN: Steven Ortzman<br>PO Box 35<br>Northfield, NJ 08225-0035 | Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hoffman Law Offices<br>Michael Hoffman, Esq.<br>713 Landis Avenue<br>PO Box 2294<br>Vineland, NJ 08362 | Attorneys for C & R of Northfield/Collections and Recoveries, Inc<br><br>Additional Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |