UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victoria A. Steffen, Esq. (VS-0992)
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 Fax
vsteffen@verizon.net

Attorney for Debtor (s)

In Re:

WILLIAM G. FENNIMORE, SR.
EMILY S. FENNIMORE

| | |
|---|---|
| Case No.: | 18-22356 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 10/24/2023 11 AM |
| Judge: | JNP |

## CERTIFICATION OF SERVICE

1.  I, __Victoria A. Steffen, Esq.__ :

    ☒ represent __the Debtors__ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2.      On _____September 29, 2023_____, I sent a copy of the following pleadings and/or documents

    to the parties listed in the chart below.

    Notice of Motion to Cancel Judgment Lien of Arrow Financial Services, LVNV Funding
    LLC, Assignee (returnable on Oct 24, 2023 @ 11 AM), Certification in Support of Motion
    and Proposed Order

3.      I certify under penalty of perjury that the above documents were sent using the mode of service

    indicated.

Date:    9/29/2023                          /s/ Victoria A. Steffen
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Ctr<br>535 Route 38<br>Ste 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Trustee's Office<br>One Newark Center<br>Ste 2100<br>1085 Raymond Blvd<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding LLC<br>Assignee of Arrow Financial Services<br>c/o Resurgent Capital Services<br>ATTN: Renee Jenkins, BK specialist<br>PO Box 10675<br>Greenville, SC 29603-0675 | Judgment Lien Creditor Assignee of Arrow Financial Services | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eltman Law PC<br>101 Hudson St<br>Ste 2702<br>Jersey City, NJ 07302 | Attorneys of record for Judgment Creditor Arrow Financial Services, LVNV Funding LLC Assignee<br><br>Additional Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |