UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Victoria A. Steffen, Esq. (VS-0992)
311 South Main Street-PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 Fax
vsteffen@verizon.net

Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William G. Fennimore Sr. & Emily S. Fennimore

Case Number:   18-22356
Hearing Date:  10/24/2023 11 AM
Judge:         JNP
Chapter:       13

Recommended Local Form:   ☒ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

DATED: October 25, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as      113 Orchard Drive, North Cape May, NJ 08204     , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.Midland Funding LLC v. Emily Fennimore (DC003347-11/DJ036031-14)

2.Midland Funding LLC v. William Fennimore (L000039-12/J104504-12)

3.Midland Funding LLC v. Emily Fennimore (DC00345-11/DJ075066-12)

4.Midland Funding LLC v. William Fennimore (DC003428-11/DJ075062-12

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*