UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victoria A. Steffen, Esq.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 Fax

Attorney for Debtor (s)

In Re:
William G. Fennimore, Sr & Emily S. Fennimore

Case No.: __18-22356__
Chapter: __13__
Adv. No.: _____
Hearing Date: __11/21/2023 11:00 AM__
Judge: __JNP__

# CERTIFICATION OF SERVICE

1. I, __Victoria A. Steffen__ :

    ☒ represent __Debtors__ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On __October 26, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Cancel Judgment Lien(s) of State of New Jersey (returnable on Nov 21, 2023 @ 11 AM), Certification in Support of Motion with Addendum and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __10/26/2023__

/s/ Victoria A. Steffen
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| US Trustee's Office<br>One Newark Center<br>Ste 2100<br>1085 Raymond Blvd<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| New Jersey Department of Labor<br>Benefit Payment Control<br>PO Box 951<br>Trenton, NJ 08625-0951 | Judgment Creditor<br>Division of UE & DI Insurance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market St<br>PO Box 112<br>Trenton, NJ 08625-0112 | Additional Service on State Agency- NJ Department of Labor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |