**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victoria A. Steffen, Esq. (VS-0992)
311 South Main Street-PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 Fax
vsteffen@verizon.net

Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William G. Fennimore Sr. & Emily S. Fennimore

| | |
|---|---|
| Case Number: | 18-22356 |
| Hearing Date: | 10/24/2023 11 AM |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE**
**PURSUANT TO 11 U.S.C. § 522(f)**

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2023**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____113 Orchard Drive, North Cape May, NJ 08204_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Chase Bank USA v. Emily Fennimore (DC001742-08/DJ131842-14)

2. _____

3. _

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-22356-JNP
William G Fennimore, Sr.     Chapter 13
Emily S Fennimore
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Oct 26, 2023     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | William G Fennimore, Sr., Emily S Fennimore, 113 Orchard Dr, North Cape May, NJ 08204-3427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor BANK OF AMERICA N.A. ssmith@pincuslaw.com, amautz@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victoria A. Steffen | on behalf of Debtor William G Fennimore Sr. vsteffen@verizon.net, g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com |
| Victoria A. Steffen | on behalf of Joint Debtor Emily S Fennimore vsteffen@verizon.net |

District/off: 0312-1 — User: admin — Page 2 of 2
Date Rcvd: Oct 26, 2023 — Form ID: pdf903 — Total Noticed: 1

g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com

TOTAL: 7