Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22356−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William G Fennimore Sr.                    Emily S Fennimore
aka William G Fennimore                    113 Orchard Dr
113 Orchard Dr                             North Cape May, NJ 08204−3427
North Cape May, NJ 08204−3427

Social Security No.:
xxx−xx−5461                                xxx−xx−8715

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      12/21/23
Time:      02:00 PM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Victoria A. Steffen, Debtor's Attorney, period: 1/18/2022 to 11/21/2023

COMMISSION OR FEES
Fee: $4,300.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 22, 2023
JAN:

                                                          Jeanne Naughton
                                                          Clerk

Case 18-22356-JNP    Doc 81    Filed 11/24/23    Entered 11/25/23 00:19:29    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

In re:  
William G Fennimore, Sr.  
Emily S Fennimore  
    Debtors

Case No. 18-22356-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Nov 22, 2023      Form ID: 137      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William G Fennimore, Sr., Emily S Fennimore, 113 Orchard Dr, North Cape May, NJ 08204-3427 |
| 517599767 | | CMCH Associates in Radiology, PO Box 697, Cape May Court House, NJ 08210-0697 |
| 517599764 | | Cape Hospitalists Assoc, Billing Dept, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 517620646 | + | Cape Regional Medical Center, Collections and Recoveries, PO Box 35, Northfield, NJ 08225-0035 |
| 517599768 | | Collections & Recoveries, 201 Tilton Rd Ste 8, Northfield, NJ 08225-1247 |
| 517599777 | | Genesis Bankcard Service/Celtic Bk, PO Box 4499, Beaverton, OR 97076-4499 |
| 517599778 | | High Point Safety & Ins Mgmt, Billing Dept, 331 Newman Springs Rd # 304, Red Bank, NJ 07701-5692 |
| 517599779 | | Hoffman Law Offices, 713 E Landis Ave, Vineland, NJ 08360-8005 |
| 517599790 | | Stark & Stark, 993 Lenox Dr # 2, Lawrenceville, NJ 08648-2316 |
| 517599795 | | Vanz LLC, 577 Hamburg Tpke, Wayne, NJ 07470-2042 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2023 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2023 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517599757 | ^ | MEBN | Nov 22 2023 20:54:38 | APEX Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 517599760 | | Email/Text: g20956@att.com | Nov 22 2023 20:59:00 | AT & T Mobility, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 517700185 | + | Email/Text: g20956@att.com | Nov 22 2023 20:59:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517599756 | ^ | MEBN | Nov 22 2023 20:53:37 | AmeriFinancial Solutions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 517599755 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 22 2023 20:58:36 | American Medical Collection Agency, 4 Westchester Plz, Elmsford, NY 10523-1615 |
| 517599758 | ^ | MEBN | Nov 22 2023 20:54:13 | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 517599759 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:43 | Arrow Financial Services, LVNV Funding LLC Assignee, c/o Resurgent Capital, PO Box 10675, Greenville, SC 29603-0675 |

Case 18-22356-JNP    Doc 81    Filed 11/24/23    Entered 11/25/23 00:19:29    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 137 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 517599761 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2023 20:57:00 | Bank of America Home Loans, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517727436 | | Email/Text: mtgbk@shellpointmtg.com | Nov 22 2023 20:58:00 | Bank of America, N.A., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517599762 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 22 2023 20:58:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 517599763 | | Email/Text: lriley@caperegional.com | Nov 22 2023 20:58:00 | Cape Emergency Physicians, Billing Dept, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 517671387 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2023 21:12:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517599765 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2023 21:12:44 | Capital One Bank (USA), N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517599769 | | Email/Text: documentfiling@lciinc.com | Nov 22 2023 20:57:00 | Comcast Corp, Customer Service, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |
| 517599770 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 22 2023 20:58:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 517599771 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 22 2023 20:59:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 517599772 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2023 21:12:42 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517599773 | | Email/Text: G06041@att.com | Nov 22 2023 20:58:00 | Direct TV/AT &T, Customer Service, PO Box 6550, Englewood, CO 80155-6550 |
| 517711095 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2023 21:12:47 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517599774 | | Email/Text: bknotice@ercbpo.com | Nov 22 2023 20:58:00 | Enhanced Recovery, PO Box 57610, Jacksonville, FL 32241-7610 |
| 517599775 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Nov 22 2023 20:58:00 | Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 517599776 | ^ | MEBN | Nov 22 2023 20:51:35 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517599780 | | Email/Text: Bankruptcy@ICSystem.com | Nov 22 2023 20:58:00 | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517599766 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2023 21:02:20 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 517718432 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:44 | LVNV Funding, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517715628 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:55 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517665532 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:12:44 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517669834 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2023 20:58:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 517599781 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2023 20:58:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517687360 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2023 20:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517599782 | | Email/Text: kmorgan@morganlaw.com | Nov 22 2023 20:59:00 | 48090-2011<br>Morgan, Bornstein & Morgan, 1236 Brace Rd Ste K, Cherry Hill, NJ 08034-3229 |
| 517599784 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2023 21:13:04 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 517715622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2023 21:13:02 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517599785 | | Email/Text: signed.order@pfwattorneys.com | Nov 22 2023 20:57:00 | Pressler Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517599783 | | Email/Text: bkrnotice@prgmail.com | Nov 22 2023 20:58:00 | Paragon Revenue Group, 216 Le Phillip Ct NE, Concord, NC 28025-2954 |
| 517670215 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2023 21:13:05 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517599786 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 22 2023 20:58:00 | Progressive Insurance, 300 N Commons Blvd, Mayfield Village, OH 44143-1589 |
| 517599787 | ^ | MEBN | Nov 22 2023 20:54:30 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517651390 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2023 20:58:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517599793 | | Email/Text: bankruptcy@sw-credit.com | Nov 22 2023 20:58:00 | SW Credit Systems L.P., 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 517599788 | | Email/Text: mtgbk@shellpointmtg.com | Nov 22 2023 20:58:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517599789 | | Email/Text: jboehler@shorememorial.org | Nov 22 2023 20:59:00 | Shore Medical Center, Billing Department, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 517599791 | ^ | MEBN | Nov 22 2023 20:52:42 | State of New Jersey, Labor & Workforce Dev, PO Box 951, Trenton, NJ 08625-0951 |
| 517602426 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:13:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517599794 | | Email/Text: bankruptcy@sccompanies.com | Nov 22 2023 20:59:00 | The Swiss Colony, Credit Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517599796 | | Email/Text: bankruptcytn@wakeassoc.com | Nov 22 2023 20:57:00 | Wakefield and Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 517599797 | ^ | MEBN | Nov 22 2023 20:54:09 | Waypoint Resource Grp LLC, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason   Name and Address**
517599792    ##              Stern & Eisenberg PC, 1040 Kings Hwy N # 407, Cherry Hill, NJ 08034-1925

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor BANK OF AMERICA N.A. ssmith@pincuslaw.com, amautz@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victoria A. Steffen | on behalf of Debtor William G Fennimore Sr. vsteffen@verizon.net, g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com |
| Victoria A. Steffen | on behalf of Joint Debtor Emily S Fennimore vsteffen@verizon.net g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com |

TOTAL: 7