UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Victoria A. Steffen, Esq.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990
vsteffen@verizon.net

Attorney for Debtor(s)

Order Filed on December 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   William G. Fennimore, Sr.
   Emily S. Fennimore

Case No.:  18-22356

Chapter:  13

Judge:  JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 21, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Victoria A. Steffen_____, the applicant, is allowed a fee of $ _____4300.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____4300.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*