<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **William G Fennimore Sr.** |
| | First Name   Middle Name   Last Name |
| | Social Security number or ITIN   xxx–xx–5461 |
| | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Emily S Fennimore** |
| | First Name   Middle Name   Last Name |
| | Social Security number or ITIN   xxx–xx–8715 |
| | EIN __–_____ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   18–22356–JNP | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William G Fennimore Sr.
aka William G Fennimore

Emily S Fennimore

1/12/24

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

William G Fennimore, Sr.

Emily S Fennimore

    Debtors

Case No. 18-22356-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William G Fennimore, Sr., Emily S Fennimore, 113 Orchard Dr, North Cape May, NJ 08204-3427 |
| 517599755 | + | American Medical Collection Agency, 4 Westchester Plz, Elmsford, NY 10523-1615 |
| 517599767 | | CMCH Associates in Radiology, PO Box 697, Cape May Court House, NJ 08210-0697 |
| 517599764 | | Cape Hospitalists Assoc, Billing Dept, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 517620646 | + | Cape Regional Medical Center, Collections and Recoveries, PO Box 35, Northfield, NJ 08225-0035 |
| 517599768 | | Collections & Recoveries, 201 Tilton Rd Ste 8, Northfield, NJ 08225-1247 |
| 517599777 | | Genesis Bankcard Service/Celtic Bk, PO Box 4499, Beaverton, OR 97076-4499 |
| 517599778 | | High Point Safety & Ins Mgmt, Billing Dept, 331 Newman Springs Rd # 304, Red Bank, NJ 07701-5692 |
| 517599779 | | Hoffman Law Offices, 713 E Landis Ave, Vineland, NJ 08360-8005 |
| 517599790 | | Stark & Stark, 993 Lenox Dr # 2, Lawrenceville, NJ 08648-2316 |
| 517599795 | | Vanz LLC, 577 Hamburg Tpke, Wayne, NJ 07470-2042 |
| 520125449 | + | William G. & Emily S. Fennimore, Sr., 113 Orchard Drive, North Cape May, NJ 08204-3427 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517599757 | ^ | MEBN | Jan 12 2024 20:50:52 | APEX Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 517599760 | | EDI: CINGMIDLAND.COM | Jan 13 2024 01:39:00 | AT & T Mobility, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 517700185 | + | EDI: CINGMIDLAND.COM | Jan 13 2024 01:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517599756 | ^ | MEBN | Jan 12 2024 20:50:15 | AmeriFinancial Solutions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 517599758 | ^ | MEBN | Jan 12 2024 20:50:49 | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 517599759 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:07:46 | Arrow Financial Services, LVNV Funding LLC Assignee, c/o Resurgent Capital, PO Box 10675, Greenville, SC 29603-0675 |
| 517599761 | | EDI: BANKAMER | | |

District/off: 0312-1                          User: admin                                    Page 2 of 4

Date Rcvd: Jan 12, 2024                    Form ID: 3180W                              Total Noticed: 60

| | | | |
|---|---|---|---|
| | | Jan 13 2024 01:38:00 | Bank of America Home Loans, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517727436 | Email/Text: mtgbk@shellpointmtg.com | Jan 12 2024 20:52:00 | Bank of America, N.A., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517599762 | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 12 2024 20:52:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 517599763 | Email/Text: lriley@caperegional.com | Jan 12 2024 20:52:00 | Cape Emergency Physicians, Billing Dept, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 517671387 | EDI: CAPITALONE.COM | Jan 13 2024 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517599765 | EDI: CAPITALONE.COM | Jan 13 2024 01:38:00 | Capital One Bank (USA), N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517599769 | EDI: COMCASTCBLCENT | Jan 13 2024 01:38:00 | Comcast Corp, Customer Service, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |
| 517599770 + | EDI: CONVERGENT.COM | Jan 13 2024 01:39:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 517599771 | EDI: CCS.COM | Jan 13 2024 01:39:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 517599772 | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2024 21:08:24 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517599773 | EDI: DIRECTV.COM | Jan 13 2024 01:39:00 | Direct TV/AT &T, Customer Service, PO Box 6550, Englewood, CO 80155-6550 |
| 517711095 + | EDI: AIS.COM | Jan 13 2024 01:39:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517599774 | Email/Text: bknotice@ercbpo.com | Jan 12 2024 20:53:00 | Enhanced Recovery, PO Box 57610, Jacksonville, FL 32241-7610 |
| 517599775 + | Email/Text: ecourts.col_efilings@fsklaw.com | Jan 12 2024 20:52:00 | Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 517599776 ^ | MEBN | Jan 12 2024 20:51:08 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517599780 | EDI: LCIICSYSTEM | Jan 13 2024 01:38:00 | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517599766 | EDI: JPMORGANCHASE | Jan 13 2024 01:38:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 517718432 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:07:58 | LVNV Funding, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517715628 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:08:16 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517665532 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:07:46 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517669834 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 20:53:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 517599781 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 20:53:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517687360 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 20:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 60

| | | | |
|---|---|---|---|
| 517599782 | Email/Text: kmorgan@morganlaw.com | Jan 12 2024 20:53:00 | Morgan, Bornstein & Morgan, 1236 Brace Rd Ste K, Cherry Hill, NJ 08034-3229 |
| 517599784 | EDI: PRA.COM | Jan 13 2024 01:38:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 517715622 | EDI: PRA.COM | Jan 13 2024 01:38:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517599785 | Email/Text: signed.order@pfwattorneys.com | Jan 12 2024 20:52:00 | Pressler Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517599783 | Email/Text: bkrnotice@prgmail.com | Jan 12 2024 20:53:00 | Paragon Revenue Group, 216 Le Phillip Ct NE, Concord, NC 28025-2954 |
| 517670215 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 21:19:36 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517599786 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 12 2024 20:52:00 | Progressive Insurance, 300 N Commons Blvd, Mayfield Village, OH 44143-1589 |
| 517599787 | ^ MEBN | Jan 12 2024 20:51:26 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517651390 | EDI: Q3G.COM | Jan 13 2024 01:39:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517599793 | Email/Text: bankruptcy@sw-credit.com | Jan 12 2024 20:53:00 | SW Credit Systems L.P., 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 517599788 | Email/Text: mtgbk@shellpointmtg.com | Jan 12 2024 20:52:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517599789 | Email/Text: jboehler@shorememorial.org | Jan 12 2024 20:53:00 | Shore Medical Center, Billing Department, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 517599791 | ^ MEBN | Jan 12 2024 20:50:14 | State of New Jersey, Labor & Workforce Dev, PO Box 951, Trenton, NJ 08625-0951 |
| 517602426 | + EDI: SYNC | Jan 13 2024 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517599794 | EDI: CBS7AVE | Jan 13 2024 01:39:00 | The Swiss Colony, Credit Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517599796 | Email/Text: bankruptcytn@wakeassoc.com | Jan 12 2024 20:52:00 | Wakefield and Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 517599797 | ^ MEBN | Jan 12 2024 20:50:17 | Waypoint Resource Grp LLC, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517599792 | ## | Stern & Eisenberg PC, 1040 Kings Hwy N # 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor BANK OF AMERICA  N.A. ssmith@pincuslaw.com, amautz@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victoria A. Steffen | on behalf of Debtor William G Fennimore  Sr. vsteffen@verizon.net, g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com |
| Victoria A. Steffen | on behalf of Joint Debtor Emily S Fennimore vsteffen@verizon.net g30369@notify.cincompass.com;steffen.victoriab128274@notify.bestcase.com |

TOTAL: 8