Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18–22356–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William G Fennimore Sr.<br>aka William G Fennimore<br>113 Orchard Dr<br>North Cape May, NJ 08204–3427 | Emily S Fennimore<br>113 Orchard Dr<br>North Cape May, NJ 08204–3427 |

Social Security No.:
  xxx–xx–5461                                     xxx–xx–8715

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 13, 2024</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                                  Judge, United States Bankruptcy Court